IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL L. SHIVERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-21-371-PRW |
| ) | |
| STEPHENS COUNTY, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This case comes before the Court on Defendants' Motions to Dismiss (Dkts. 64, 65, & 74), the Motion for Summary Judgment filed by Defendants Kyle Hansen, Bruce Guthrie, and William Noah Anderson (Dkt. 73), and Magistrate Judge Gary M. Purcell's Reports & Recommendations (Dkts. 78, 80, 82, & 83). The Reports & Recommendations advised the parties of their right to file objections and the deadline for those objections. As of the date of this Order, no party has filed objections to the Reports & Recommendations.

The Court has reviewed the Reports & Recommendations *de novo* and agrees with the conclusions therein. Accordingly, the Court **ADOPTS** Magistrate Judge Purcell's Reports & Recommendations (Dkts. 78, 80, 82, & 83) in full. The Motions to Dismiss filed by the Board of County Commissioners (Dkt. 74) and Defendant Jennifer Escobar Smiddy (Dkt. 64) are **GRANTED**, and the claims against these parties are **DISMISSED**. All claims against Defendant Bobbi Yeaney are **DISMISSED**. The Motion for Summary Judgment filed by Defendants Kyle Hansen, Bruce Guthrie, and William Noah Anderson

1

(Dkt. 73) is **GRANTED**. Finally, Defendant Almeda Emerick's Motion to Dismiss (Dkt. 65) is **GRANTED IN PART** and **DENIED IN PART**.[1]

    **IT IS SO ORDERED** this 17th day of March 2023.

                                            PATRICK R. WYRICK
                                            UNITED STATES DISTRICT JUDGE

---

[1] Specifically, the Motion to Dismiss Plaintiff's second claim (sexual abuse) is **DENIED**, while the Motion to Dismiss all other claims against Defendant Emerick is **GRANTED**. *See* Suppl. R. & R. (Dkt. 80), at 14–15.